IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY - DIVISION

In re:                              *

REGINALD CALHOUN,                   *    CASE NO. 14-30101 DHW-13
                                    *
                                    *

### NOTICE OF APPEARANCE OF WILLIAM C. POOLE, LLC as ATTORNEYS FOR WELLS FARGO BANK, N.A. dba WELLS FARGO AUTO FINANCE

Pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, William C. Poole, LLC, whose office address is 917 Western America Circle, Suite 200, Mobile, Alabama 36609, whose mailing address is 917 Western America Circle, Suite 200, Mobile, Alabama 36609, whose telephone number is (251) 344-5015, whose fax number is (251) 344-5125, hereby appears as attorney for Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance and specifically requests that copies of all Notices, Motions, Adversary Proceedings, Orders, and other filings directed to or against, or pertaining to Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance be sent to William C. Poole, LLC as attorney for Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance

William C. Poole, LLC
Attorney For
Wells Fargo Bank, N.A. dba Wells Fargo
Auto Finance

/s/ William C. Poole
William C. Poole POOLW4929
917 Western America Circle, Suite 200
Mobile, Alabama 36609
(251) 344-5015
(251) 344-5125 fax

## CERTIFICATE OF SERVICE

       I do hereby certify that on this the 23rd day of September, 2015, a copy of the foregoing document was served on the following:

Cutis C. Reding  
Chapter 13 Trustee  
Post Office Box 173  
Montgomery, AL 36101

Joshua C. Milam and  
Richard D. Shinbaum  
Shinbaum & Campbell  
Post Office Box 201  
Montgomery, AL 36101

by ECF Filing and/or by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

                                      /S/ William C. Poole  
                                      William C. Poole, Esq.

/dsp