IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY - DIVISION

In re:

REGINALD CALHOUN,    CASE NO. 14-30101 DHW-13

### MOTION FOR RELIEF FROM AUTOMATIC STAY and FROM THE NON-FILING CO-DEBTOR STAY and REQUEST FOR TELEPHONIC HEARING

Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance (hereinafter "Movant"), respectfully shows and represents unto the Court the following:

1. On October 18, 2012, Reginald Calhoun (hereinafter "Debtor") and Thomas Calhoun, the non-filing co-debtor (hereinafter "Co-Debtor") entered into a Security Agreement (hereinafter "Contract") with Movant granting a security interest in the following personal property:

**2004 Mercedes-Benz   Vin Number: WDBNG70J44A423763**

A copy of said Contract is annexed hereto and made part hereof by reference.

2. The granted security interest in the above described personal property was duly perfected by the issuance of a Certificate of Title, copy of which is annexed hereto and made part hereof by reference.

3. Movant is the owner and holder of the referenced Contract and Certificate of Title.

4. Curtis C. Reding was appointed Trustee of the estate of said debtor, has qualified and is now acting as such Trustee.

5. The Debtor and Co-Debtor have defaulted in direct payments to the Movant in the sum of $1,180.05 as of September 18, 2015 and are currently due for the June 1, 2015 contract payment.

6. The Movant expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtor and Co-Debtor and is therefore immediately effective to terminate the automatic stay and shall not be subject to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

7. Wells Fargo requests the right to file an amended proof of claim after

liquidation of the collateral and that claim be allowed as an unsecured deficiency claim to be paid in conjunction with other creditor's similarly classified/situated.

      WHEREFORE, Movant, respectfully moves the Court to enter an Order against the Debtor and Trustee terminating the automatic stay imposed by 11 U.S.C. 362 as regards the referenced personal property, and terminating or modifying the Co-Debtor Stay to grant Movant leave to pursue all of its state law and contractual remedies against the Co-Debtor, Thomas Calhoun.

            William C. Poole, LLC
            Attorney For
            Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance

            /s/ William C. Poole
            William C. Poole POOLW4929
            917 Western America Circle, Suite 200
            Mobile, Alabama 36609
            (251) 344-5015
            (251) 344-5125 fax

## CERTIFICATE OF SERVICE

      I do hereby certify that on this the 23rd day of September, 2015, a copy of the foregoing document was served on the following:

| | |
|---|---|
| Cutis C. Reding<br>Chapter 13 Trustee<br>Post Office Box 173<br>Montgomery, AL 36101 | Reginald Calhoun and<br>Thomas Calhoun<br>347 Rosedon Drive<br>Montgomery, AL 36116 |
| Joshua C. Milam and<br>Richard D. Shinbuam<br>Shinbaum & Campbell<br>Post Office Box 201<br>Montgomery, AL 36101 | Reginald Calhoun and<br>Thomas Calhoun<br>4445 Guilford Road<br>Montgomery, AL 36116 |

by ECF Filing and/or by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

            /S/ William C. Poole
            William C. Poole, Esq.

/dsp

WELLS FARGO BANK, N.A.
SECURITY AGREEMENT – TRANSPORTATION

Borrower Name: **THOMAS CALHOUN**
Co-Borrower Name: **REGINALD CALHOUN**
Loan Amount: 13,599.00

"We," "our," "us," and similar words mean Wells Fargo Bank, N.A. "You" and "your" mean each person who signs the Personal Loan Agreement or this Security Agreement.

GRANT OF SECURITY INTEREST. As security for payment and performance of all obligations under the Personal Loan Agreement, and extensions and renewals thereof, you grant us a security interest in the property described below, hereinafter referred to as the "Collateral." This security interest includes all additions to, and replacements and proceeds of the Collateral, including proceeds of insurance or other products we sell you. Proceeds are money or property obtained as a result of the loss, destruction or sale of the property or any rights related to it.

Description of Collateral

| New/Used | Year | Make | Model | VIN Number |
|---|---|---|---|---|
| U | 2004 | Mercedes-Benz | S430 | WDBNG70J44A423763 |

The lien holder is:
WELLS FARGO BANK, N.A.
P.O. BOX 53439
PHOENIX, AZ 85072-3439

The Collateral is located at: 4445 GUILFORD RD, MONTGOMERY, ALABAMA 36108-4925

Notwithstanding anything to the contrary in any other agreement between you and us, the Personal Loan Agreement associated with this Security Agreement/Transportation is secured only by a security interest in the Collateral and, with respect to that Personal Loan Agreement, we hereby disclaim any security interest in property other than the Collateral created by another security agreement between you and us. This disclaimer does not affect our deposit account right of setoff reserved in any deposit account agreement between you and us.

You are entering into this Security Agreement at the same time that all, one or some of you are entering into the Personal Loan Agreement. In exchange for the loan referenced above, you agree to the following terms and conditions of this Security Agreement:

**A. Ownership.** You own the Collateral. No other creditor or secured party has an interest in the collateral.

**B. Perfection.** You will perfect our security interest in the collateral. This means that you will obtain all necessary title instruments, lien releases, and other documents and sign, have notarized where required, and file all necessary instruments and documents (and pay all required costs, fees and taxes) with your state or local motor vehicle or vessel titling and registration agency to record and perfect our security interest to ensure that we are the first lien holder on the certificate of title or similar document for this Collateral within 180 days after you receive the benefit of the funds from this loan transaction.

**C. Your Warranties and Covenants.** You agree: 1) to indemnify us against all loss, claims, demands of

**L. Written Changes in Terms.** Any change to this Security Agreement shall be in writing. Both of us have to sign it.

**M. Severability.** If any provision of this agreement is determined to be unlawful, the rest of this agreement will stand and the unlawful provision will be deemed amended to conform to law.

YOUR SIGNATURE BELOW ACKNOWLEDGES THAT YOU HAVE READ AND AGREE TO THE ENTIRE SECURITY AGREEMENT, INCLUDING THE SECTION ENTITLED "DAMAGE INSURANCE PROVISIONS". YOU ACKNOWLEDGE RECEIPT OF A COPY OF THIS SECURITY AGREEMENT.

_____  10/18/2012
Name of Borrower    THOMAS CALHOUN           Date

_____  10/18/2012
Name of Co-Borrower   REGINALD CALHOUN       Date

THIRD PARTY AGREEMENT: For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned, as Owner or Co-Owner of the Collateral, grants us a security interest in the Collateral. The undersigned also agree to the terms of this Security Agreement and the Personal Loan Agreement (together, the "Agreements"), except that the undersigned will not be personally liable for payment of the amount owed under the Agreements. The undersigned further agrees that we may, without notice to or demand upon the undersigned, extend, renew, or modify the Agreements one or more times, or release any party or collateral without releasing the undersigned from their obligations under the Agreements.

_____
Name and Address of Owner-Co-Owner (type or print)

_____    Date: _____
Signature of Owner-Co-Owner

**Wells Fargo Bank, N.A.**                              **PERSONAL LOAN AGREEMENT**

Borrower Name: **THOMAS CALHOUN**
Co-Borrower Name: **REGINALD CALHOUN**
Loan Amount: **13,599.00**

In this Personal Loan Agreement (the "Agreement"), the words "you" and "your" refer to each Borrower and Co-Borrower who signs this Agreement. The words "Bank," "we," "our," and "us," refer to Wells Fargo Bank, N.A. Each person who signs this Agreement will be individually bound by its terms and will be directly liable to the Bank for the entire amount owed.

**Promise to Pay**
You promise to pay us the total of the principal loan amount of $13,599.00 plus interest, late charges, any fees, and other obligations due under this Agreement or the terms of the accompanying Security Agreement.

**Payments**
You will pay this loan by making payments of principal and interest in lawful money of the United States in **60** installments of **$310.89** beginning on **12-01-2012** and continuing until **11-01-2017** at which time all unpaid principal and accrued interest and any other fees and amounts owed and remaining unpaid shall be immediately due and payable. You have the right to pay this loan in full and without a prepayment penalty at any time before the final payment is due. If you make a partial prepayment there will not be any change in the amount of your monthly payment or delays in the due dates of those payments unless we have agreed in writing to such a change.

**Recording and Perfecting Bank's Security Interest**
It is important that you promptly take all action necessary to record and perfect our first priority security interest in the Collateral described in the Truth-in-Lending Disclosure Statement below.

IMPORTANT: The Interest Rate on this loan will increase if, within 180 days after you receive the benefit of the funds from this loan transaction, we do not receive a security agreement executed by all owners of the Collateral and the original certificate of title or lien card certificate for the Collateral from the state motor vehicle or vessel titling agency showing correct ownership and vehicle/vessel information and our name as the properly recorded first lien holder. See "**Interest**" section below for details about the Interest Rate and rate increase.

It is your obligation to record and perfect our security interest in the Collateral. You must obtain all necessary title documents, lien releases and other documents, pay all required costs, fees and taxes, and sign (have signature notarized where required) and file all necessary documents with your state or local motor vehicle or vessel titling and registration agency to record and perfect our security interest to ensure that we are the first lien holder on the certificate of title for the Collateral.

**Interest**
Interest will be calculated daily on the unpaid principal balance of this loan at an annual rate of **12.990%** (the "Interest Rate"), subject to the following:

> The Interest Rate on this loan will increase to **17.990%** if we do not receive a security agreement executed by all owners of the Collateral and the original certificate of title or lien card certificate for the Collateral from the state motor vehicle or vessel titling agency showing correct ownership and vehicle or vessel information and our name as the properly recorded first lien holder within 180 days after you receive the benefit of the funds from this loan transaction. This increased rate will become effective 181 days after the date you receive the benefit of the funds from this loan

# Truth-in-Lending Disclosure Statement

| "ANNUAL PERCENTAGE RATE" The cost of your credit as a yearly rate. | "FINANCE CHARGE" The dollar amount the credit will cost you.* | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled.* |
|---|---|---|---|
| 13.309% | $ 5,153.40 | $13,500.00 | $18,653.40 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | Payments are Due Monthly beginning 12-01-2012 |
|---|---|---|
| 60 | 310.89 | And on the same day each month thereafter. |

**Late Charges:** If any payment is not received within ten days of when it becomes due, you promise to pay a late charge of $39.

**Insurance:** You may obtain casualty insurance from anyone you want who is acceptable to us. Maximum deductible is $1,000.00.

**Prepayment Penalty:** There is no penalty if you pay off early.

**Security:** As security for payment and performance of this obligation you grant bank a security interest in the motor vehicle described in the associated Security Agreement (the "Collateral").

**Additional Information:** See the rest of this Agreement for more information about nonpayment, default and any required repayment in full before the scheduled date.

*Asterisk Means Estimate

Variable Rate Feature. The Interest Rate disclosed above may increase in the following circumstance(s):

Failure to Record Bank's Security Interest: Your Interest Rate may increase by 5% with a corresponding increase in payment amount if we do not receive a Security Agreement executed by all owners of the Collateral and the original certificate of title or lien card certificate for the Collateral from the state motor vehicle agency showing correct ownership and vehicle information and our name as the properly recorded first lien holder (secured party) within 180 days after you receive the benefit of the funds from this loan transaction.

Loss of Relationship Discount: In addition, you received a discount of 0.250%, that is included in your Interest Rate. You received this discount because you currently have a Wells Fargo Checking Package® or Wells Fargo Crown Banking® Checking account, as defined in your Consumer Account Fee and Information Schedule, and you agreed to provide pre-authorized electronic payments, each month, from a Wells Fargo checking or savings account. If this relationship terminates for any reason, or you discontinue making pre-authorized monthly electronic payments from a Wells Fargo checking or savings account, you will lose this discount and your Interest Rate will increase by 0.250%. Any increase will take the form of higher payment amounts.

For example, if your loan amount is $15,000, Interest Rate is 12%, and with 60 monthly payments of $333.67, your monthly payment in the above example would increase to $374.81.

**Other Transaction Information**

**Security Interest filing fees: $18.75**

**Loan Origination Fee: $99.00**

**Principal Amount (the Amount Financed plus any Loan Origination Fee): $13,599.00**

**NOTICE TO CONSUMER:**

You understand that:

- **CAUTION -- IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS AGREEMENT (INCLUDING THE REVERSE SIDES OF ALL PAGES) BEFORE YOU SIGN IT.**
- You should not sign this if it contains any blank spaces.
- You are entitled to an exact copy of this and any other agreement that you sign.
- You have the right to prepay the unpaid balance due under this Agreement at any time without penalty.
- **THE COLLATERAL IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION WITHOUT PRIOR NOTICE TO YOU. IF IT IS REPOSSESSED AND SOLD, AND ALL AMOUNTS DUE TO US ARE NOT RECEIVED IN THE SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.**
- This loan is made for personal, family or household purposes, but you may not use any portion of this loan to (a) pay post secondary (after high school) education expenses or (b) refinance or consolidate an existing loan made for such purposes.

BY SIGNING BELOW, YOU AGREE THAT YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS OF THIS AGREEMENT AND THE ACCOMPANYING SECURITY AGREEMENT, INCLUDING THE TRUTH IN LENDING DISCLOSURE BEGINNING ON PAGE 4 AND THE ARBITRATION AGREEMENT BEGINNING ON PAGE 9.
IF YOU ARE A CO-SIGNER (PERSONS THAT ARE RESPONSIBLE FOR PAYMENT OF THIS LOAN, BUT RECEIVE NO GOODS, SERVICES OR MONEY IN RETURN FOR SIGNING), PLEASE READ THE "NOTICE TO CO-SIGNER" ABOVE BEFORE SIGNING THIS AGREEMENT.

X _/s/ Thomas Calhoun_  10/18/2012
Borrower: THOMAS CALHOUN   Date

X _/s/ Reginald R. Calhoun_  10/18/2012
Co-Borrower: REGINALD CALHOUN   Date



# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE

| VEHICLE IDENTIFICATION NUMBER | TRANS CODE | DATE ISSUED |
|---|---|---|
| WDBNG70J44A423763 | 02 | 06/13/2013 |

| YEAR | MAKE | MODEL | BODY TYPE | PREV TITLE |
|---|---|---|---|---|
| 2004 | MERZ | S430 | 4D | |

| | | PURCHASE DATE | NO LIENS | COLOR | ODOM |
|---|---|---|---|---|---|
| 08 | XX | 10/18/2012 | 1 | SIL | 119395 |

CALHOUN REGINALD R JR OR THOMAS
4445 GUILFORD ROAD
MONTGOMERY AL 36108

4,692 / 2,771

WELLS FARGO
PO BOX 53439
PHOENIX AZ 85072

THIS IS A REPLACEMENT CERTIFICATE OF TITLE AND
MAY BE SUBJECT TO THE RIGHTS OF A PERSON UNDER THE
ORIGINAL CERTIFICATE / ODOMETER READING IS THE ACTUAL
MILEAGE

LIENHOLDER NAME ADDRESS AND LIEN DATE   10/18/2012

WELLS FARGO
PO BOX 53439
PHOENIX AZ 85072

