The relief described hereinbelow is SO ORDERED

Done this 23rd day of December, 2015.



**Dwight H. Williams, Jr.**
United States Bankruptcy Judge



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF ALABAMA
### MONTGOMERY  -  DIVISION

In re:                                          *
**REGINALD CALHOUN,**              *     CASE NO.  14-30101 DHW-13
                                                *

### AGREED ORDER

This matter came before the Court on November 2, 2015 on the Motion for Relief from Automatic Stay and Relief from the Non-Filing Co-Debtor Stay filed by Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance ("Creditor"), seeking relief as it pertains to **2004 Mercedes-Benz   Vin Number: WDBNG70J44A423763** (the "Collateral") and the Non-Filing Co-Debtor, Thomas Calhoun.

The Court being advised prior to the hearing that this matter has been settled. It appears to the Court that the automatic stay should be **Conditionally Denied**.

It is **ORDERED** that the Motion of Creditor seeking relief from the automatic stay and relief from the non-filing co-debtor stay is **CONDITIONALLY DENIED,** conditioned upon the following:

1. The monthly payments are made directly to the Movant, not through the debtor's plan. Therefore,  Debtor and/or Co-Debtor  making direct payments to the Creditor, in the amount of $310.89 monthly, in accordance with the terms and provisions

of the Security Agreement and Chapter 13 Plan dated June 20, 2014, commencing with the November 1, 2015, direct payment.

    2.    Debtor and/or Co-Debtor maintaining in force and effect, at their expense, insurance on said vehicle with the Movant as loss payee and in accordance with the insurance coverage requirements specified by the terms of the retail installment sale contract and security agreement and provide proof of insurance to the Movant; and,

    3.    The Debtor's account with Movant being assessed $551.00 representing a reasonable attorney's fee of $375.00 for services rendered and $176.00 court cost incurred in behalf of Movant in this action; and,

    4.    The Debtor will include in his plan an additional $2,064.35, which is comprised of the unpaid arrearages through the month of October, 2015, and $551.00 for reasonable attorney's fee and court costs incurred by the Movant in filing this Motion. Creditor will be allowed to amend Court Claim #1 to include the additional post-petition arrears, fees and cost for the sum of $2,531.24 by consent of the parties.

    5.    Creditor is to be given a Monthly Specified Payment in the amount of $65.00 on their Secured Claim in the amount of $2,531.24 at 4.75%.

    6.    Debtor's plan payments to trustee shall be increased to $586.00 monthly; and,

    7.    This order has been approved by the Trustee, Curtis C. Reding.

It is further **ORDERED** that in the event Debtor fails to comply with any of the terms specified in paragraph 1 and 2 of this order, that upon 20 days notice to the Debtor and Debtor's attorney, Joshua C. Milam, of such non-compliance, and the Debtor's subsequent failure to cure said default within said 20 day period, the Automatic Stay shall be deemed terminated and Movant shall be allowed to proceed with any state law remedies necessary to effectuate the return of the above referenced collateral.

It is further **ORDERED** that the automatic stay imposed by 11 U.S.C. § 362(a) and Section 1301 shall be terminated as to the Non Filing Co-Debtor, upon such non-compliance, and granting Creditor leave to pursue all of its state law and contractual remedies against the Co-Debtor.

It is FURTHER ORDERED that Creditor is allowed to contact the debtor for the sole

purpose of making arrangements for the return of the collateral, upon such non-compliance.

It is FURTHER ORDERED that the Debtor is to make said collateral available for the Creditor's possession, upon such non-compliance.

It is FURTHER ORDERED that Creditor is allowed to file a proof of claim for the Deficiency Balance, if any, upon such non-compliance

###END OF ORDER###

This Order Submitted by:
William C. Poole, Esq.
William C. Poole, LLC
917 Wester America Circle, Suite 200
Mobile, AL 36609
1-251-344-5015
william_poole@bellsouth.net

cc:   Joshua C. Milam- Attorney for Debtor
      William C. Poole-Attorney for Movant
      Curtis C. Reding-Chapter Thirteen Trustee