# WILLIAM C. POOLE, LLC
## Attorney At Law

William C. Poole  
917 Western America Circle, Suite 200  
Mobile, AL 36609

Telephone: (251) 344-5015  
Telecopier: (251) 344-5125

February 4, 2016

Joshua C. Milan  
Shimbaum & Campbell  
566 S. Perry Street  
Montgomery, AL 36104

RE: Wells Fargo Bank, N.A. dba Wells Fargo Auto Finance vs.  
Reginald Calhoun  
In replying refer to: Our File No.: 15-0668 ( C14178)  
Case No.: 14-30101

Dear Mr. Milan:

It has come to my attention that payments have not been made to Wells Fargo per the Agreed Order dated December 23rd, 2015.  If payments are not brought current with Wells Fargo, within twenty (20) days of the date of this letter,  Wells Fargo will be at liberty to immediately repossess their collateral without further notice to either of you. According to our records, $623.56 must be paid to Wells Fargo immediately, to be current with the Wells Fargo, per the above order.

If you have any questions, please feel free to call.

Very truly yours,

 /S/ William C. Poole  
William C. Poole  
WCP/dsp

cc: Clerk of Court  
Reginald Calhoun  
347 Rosedon Drive  
Montgomery, AL 36116