IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In Re: Reginald Calhoun,  
    Debtor.

Chapter: 13  
Case Number: 14-30101

## MOTION TO LIFT STAY

COMES NOW Great American Loans, by and through counsel, and moves the Court to set a hearing and lift the Automatic Stay as it applies to one 1991 Acura Legend, and states as grounds that the Creditor is a secured creditor, secured by the very vehicle listed in this Motion, and the Creditor does not have insurance on the vehicle.

Further, the confirmed plan recites the Debtor would directly pay the debt, the Debtor has not made a single payment to the Creditor since the filing of Bankruptcy.

A copy of the Certificate of Title showing the Creditor as lien holder is attached to this pleading for the convenience of the Court and all parties.

Wherefore, the Creditor requests the Court to set a hearing and to lift the Automatic Stay so the Creditor can enforce its rights to the collateral.

/s/ Richard C. Dean, Jr.  
Attorney for Great American Cash Advance

OF COUNSEL:  
P.O. Box 1028  
Montgomery, AL 36101-1028  
(334) 264-2695  
SAC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case:

Reginald Calhoun  
347 Rosedon Drive  
Montgomery, AL 36116

Joshua C. Milam, Esq.  
566 S. Perry Street  
Montgomery, AL 36104

Sabrina McKinney, Esq. [Acting]  
P.O. Box 173  
Montgomery, AL 36101

/s/ Richard C. Dean, Jr.  
Of Counsel



# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO | VEHICLE IDENTIFICATION NUMBER | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 45394299 | JH4KA7672MC055412 | 04 | 03/07/2012 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO |
|---|---|---|---|---|
| 1991 | ACUR | LEGEND | 4D | 42321974 |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 06 | | XX | | 02/18/2004 | 1 | GRY | EXEMPT |

**NAME(S) AND MAILING ADDRESS OF OWNER(S)**

CALHOUN REGINALD R
347 ROSEDON DR
MONTG AL 36116

**MAIL TO**

5,210 / 3,404

GREAT AMERICAN LOAN
2975 WOODLEY ROAD
MONTGOMERY AL 36111

**1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE:** 12/21/2011

GREAT AMERICAN LOAN
2975 WOODLEY ROAD
MONTGOMERY AL 36111

**RELEASE OF LIEN**
The holder of liens on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder
By _____
Signature of Authorized Agent
Date _____

Second Lienholder
By _____
Signature of Authorized Agent
Date _____

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) shown hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

**CONTROL NUMBER**
41024808

**KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE.**