UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14–30101
 Chapter 13
Reginald Calhoun,

    Debtor.

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on April 23, 2018 at 01:30 PM to consider and act upon the following:

**79** − Objection to Claim # 5 (Wilmington Savings Fund Society), Reason: Other filed by Joshua C. Milam on behalf of Reginald Calhoun. Responses due by 04/2/2018. (Attachments: # 1 Exhibit)(Milam, Joshua)

**80** − Response to Objection to Claim # 5 (Wilmington Savings Fund Society) filed by Michael J. McCormick on behalf of Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Certificate Trustee for NNPL Trust Series 2012−1 (RE: related document(s)79 Objection to Claim filed by Debtor Reginald Calhoun). (McCormick, Michael)

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

        PHONE: **1−888−431−3632 Participant Code: 361328**
        CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated April 3, 2018

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court